UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZURU (SINGAPORE) PTE., LTD;
ZURU INC.,

                Plaintiff,

-v.-

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE
A TO THE COMPLAINT,

                Defendants.

22 Civ. 5229 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    Due to an urgent scheduling conflict, the show cause hearing currently scheduled for December 22, 2022, at 3:00 p.m. is hereby moved to **11:00 a.m.** on the same day. Furthermore, the hearing will proceed **telephonically**. The dial-in information is as follows: At 11:00 a.m., the parties shall call (888) 363-4749 and enter access code 5123533. Please note, the conference will not be available prior to 11:00 a.m.

    It is further ordered that service of this scheduling order be made on each Defaulting Defendant be made by December 12, 2022, and deemed effective as to all of the Defaulting Defendants if it is completed in the same manner as set forth in Paragraph 5 of this Court's June 22, 2022 Order to Show Cause (Dkt. #20).

SO ORDERED.

Dated:　　December 6, 2022
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　KATHERINE POLK FAILLA
　　　　　　　　　　　　　　　　　　　　United States District Judge