UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZURU (SINGAPORE) PTE., LTD. and ZURU INC.,<br><br>                    Plaintiffs,<br><br>              -v.-<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SECOND AMENDED SCHEDULE A TO THE COMPLAINT,<br><br>                    Defendants. | 22 Civ. 5229 (KPF)<br><br>**DEFAULT JUDGMENT** |

KATHERINE POLK FAILLA, District Judge:

THIS CASE having been commenced by ZURU (SINGAPORE) PTE., LTD. and ZURU INC. (collectively "Plaintiffs") against the Defendants identified on the attached Second Amended Schedule A (collectively, the "Defaulting Defendants") and using at least the domain names identified in the Second Amended Schedule A (the "Defaulting Defendant Domain Names") and the online marketplace accounts identified in the Second Amended Schedule A (the "Defaulting Online Marketplace Accounts"), and Plaintiffs having moved for entry of Default and Default Judgment against the Defaulting Defendants;

This Court having entered, upon a showing by Plaintiffs, a temporary restraining order and preliminary injunction against Defaulting Defendants that included a domain name disabling order and asset restraining order;

Plaintiffs having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication or email, along with any notice that Defaulting Defendants received from domain

name registrars and payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered the Complaint or appeared in any way, and the time for answering the Complaint having expired;

THIS COURT FURTHER FINDS that it has personal jurisdiction over the Defaulting Defendants because the Defaulting Defendants directly target their business activities toward consumers in the United States, including New York, offering to sell and ship products into this Judicial District.  Specifically, Defaulting Defendants are reaching out to do business with New York residents by operating one or more commercial, interactive Internet Stores through which New York residents can purchase products bearing counterfeit versions of products utilizing either one or both of the ROBO FISH Trademark, U.S. Trademark Registration No.: 4440702, and/or ROBO ALIVE Trademark, U.S. Trademark Registration No.: 5294215 (together, the "ROBO FISH Trademarks") and/or copyrights covered by U.S. Copyright Office Registration Nos. VA 2-248-953, VA 2-249-214, VA 253-391, VA2-253-392, VA 2-253-394, and VA 2-253-396 (the "ROBO FISH Copyright Registrations"); and

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), copyright infringement (17 U.S.C. § 101 et seq.), and/or violation of unfair competition under New York common law.

IT IS HEREBY ORDERED that Plaintiffs' Order to Show Cause Why Default and Default Judgment Should Not Be Entered — what this Court deems as a motion for default and default judgment — is GRANTED in its

entirety, that Defaulting Defendants are deemed in default and that this Default Judgment is entered against Defaulting Defendants.

Accordingly, this Court ORDERS that:

1.      Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be permanently enjoined and restrained from:

a.      using Plaintiffs' ROBO FISH Trademarks, ROBO FISH Copyright Registration, or any reproductions, counterfeit copies, or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine ROBO FISH product or not authorized by Plaintiffs to be sold in connection with Plaintiffs' ROBO FISH Trademarks and/or ROBO FISH Copyright Registration;

b.      passing off, inducing, or enabling others to sell or pass off any product as a genuine ROBO FISH product or any other product produced by Plaintiffs, that is not Plaintiffs' or not produced under the authorization, control, or supervision of Plaintiffs and approved by Plaintiffs for sale under Plaintiffs' ROBO FISH Trademarks and/or ROBO FISH Copyright Registration;

c.      committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control or supervision of Plaintiffs,

3

or are sponsored by, approved by, or otherwise
connected with Plaintiffs;

d.   further infringing Plaintiffs' ROBO FISH Trademarks
and/or ROBO FISH Copyright Registration and
damaging Plaintiffs' goodwill;

e.   otherwise competing unfairly with Plaintiffs in any
manner;

f.   shipping, delivering, holding for sale, transferring or
otherwise moving, storing, distributing, returning, or
otherwise disposing of, in any manner, products or
inventory not manufactured by or for Plaintiffs, nor
authorized by Plaintiffs to be sold or offered for sale,
and which bear any of Plaintiffs' ROBO FISH
Trademarks and/or ROBO FISH Copyright
Registration or any reproductions, counterfeit copies,
or colorable imitations thereof;

g.   using, linking to, transferring, selling, exercising
control over, or otherwise owning the Online
Marketplace Accounts, the Defendant Domain Names,
or any other domain name or online marketplace
account that is being used to sell or is the means by
which Defendants could continue to sell counterfeit
ROBO FISH products; and

h.   operating and/or hosting websites at the Defendant
Domain Names and any other domain names
registered or operated by Defendants that are involved
with the distribution, marketing, advertising, offering

4

for sale, or sale of any product bearing Plaintiffs'
ROBO FISH Trademarks and/or ROBO FISH
Copyright Registration or any reproductions,
counterfeit copies, or colorable imitations thereof that
is not a genuine ROBO FISH product or not authorized
by Plaintiffs to be sold in connection with Plaintiffs'
ROBO FISH Trademarks and/or ROBO FISH
Copyright Registration.

2.     The domain name registries for the Defaulting Defendant Domain
Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias
Limited, CentralNic, Nominet, and the Public Interest Registry, within three (3)
business days of receipt of this Order or prior to expiration of this Order,
whichever date shall occur first, shall disable the Defaulting Defendant Domain
Names and make them inactive and untransferable until further ordered by
this Court.

3.     Those in privity with Defaulting Defendants and with actual notice
of this Order, including any online marketplaces such as Amazon, eBay,
PayPal, Wish, or Payoneer, social media platforms, Facebook, YouTube,
LinkedIn, Twitter, Internet search engines such as Google, Bing and Yahoo,
web hosts for the Defaulting Defendant Domain Names, and domain name
registrars, shall within three (3) business days of receipt of this Order:

a.     disable and cease providing services for any accounts
through which Defaulting Defendants engage in the
sale of counterfeit and infringing goods using the
ROBO FISH Trademarks and/or Copyright
Registration, including any accounts associated with

5

the Defaulting Defendants listed on the Second
Amended Schedule A;

b. disable and cease displaying any advertisements used
by or associated with Defaulting Defendants in
connection with the sale of counterfeit and infringing
goods using the ROBO FISH Trademarks and/or
Copyright Registration; and

c. take all steps necessary to prevent links to the
Defaulting Defendant Domain Names identified on the
Second Amended Schedule A from displaying in search
results, including, but not limited to, removing links to
the Defaulting Defendant Domain Names from any
search index.

4.     Those in privity with Defaulting Defendants and with actual notice
of this Order, including third party platforms Amazon, PayPal, eBay, Wish,
DHGate, Payoneer, Ping Pong, Coinbase, LianLian, AllPay, Union Mobile,
Alibaba, Aliexpress, Bank of China, Hyperwallet, JD.com, Joom, Lakala, OFX,
Paxful, PayEco, SellersFunding, Shopify, Stripe, Walmart, Wise/TransferWise,
and/or World First shall within two (2) business days search and provide
resulting discovery for Defaulting Defendant Accounts based on identifying
information provided by Plaintiffs' counsel, including but not limited to,
account IDs, legal names, and associated email addresses.

5.     Amazon.com and its related companies and affiliates shall, within
two (2) business days of receipt of this Order, permanently restrain and enjoin
any accounts connected to Defaulting Defendants, Defaulting Defendants'
Online Marketplace Accounts, or Defaulting Defendants' websites identified in

6

the Second Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

6.      ContextLogic, Inc. ("Wish") and its related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts, or Defaulting Defendants' websites identified in the Second Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

7.      DHgate and its related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts, or Defaulting Defendants' websites identified in the Second Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

8.      PayPal, Inc. ("PayPal") and its related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts, or Defaulting Defendants' websites identified in the Second Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

9.      Payoneer, Inc. ("Payoneer") and its related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants'

websites identified in the Second Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

10.    eBay, Inc. ("eBay")  and its related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites identified in the Second Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

11.    Ping Pong Global Solutions, Inc. ("Ping Pong") and its related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites identified in the Second Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

12.    Coinbase Global, Inc. ("Coinbase") and its related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites identified in the Second Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

13.    LianLian Global t/as LL Pay U.S., LLC ("LianLian") and its related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites identified in the Second Amended Schedule A from

transferring or disposing of any money or other of Defaulting Defendants' assets.

14.     AllPay Limted ("AllPay") and its related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites identified in the Second Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

15.     Union Mobile Financial Technology Co., Ltd. ("Union Mobile") and its related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites identified in the Second Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

16.     Aliexpress and its related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites identified in the Second Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

17.     Alibaba and its related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites identified in the Second Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

18.     Bank of China and its related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites identified in the Second Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

19.     Hyperwallet and its related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites identified in the Second Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

20.     JD.com ("JD") and its related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites identified in the Second Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

21.     Joom and its related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites identified in the Second Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

22.     Lakala and its related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online

Marketplace Accounts or Defaulting Defendants' websites identified in the Second Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

23.     OFX and its related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites identified in the Second Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

24.     Paxful, Inc. and its related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites identified in the Second Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

25.     PayEco and its related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites identified in the Second Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

26.     SellersFunding and its related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites identified in the Second Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

27.     Shopify and its related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites identified in the Second Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

28.     Stripe and its related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites identified in the Second Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

29.     Walmart and its related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites identified in the Second Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

30.     Wise/TransferWise and its related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites identified in the Second Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

31.     World First UK Ltd. ("World First") and its related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting

Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites identified in the Second Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

32.     Until Plaintiffs have recovered full payment of monies owed by any Defaulting Defendant — an amount to be determined following an inquest — Plaintiffs shall have the ongoing authority to serve this Order on Amazon, PayPal, eBay, Wish, DHGate, Payoneer, Ping Pong, Coinbase, LianLian, AllPay, Union Mobile, Alibaba, Aliexpress, Bank of China, Hyperwallet, JD.com, Joom, Lakala, OFX, Paxful, PayEco, SellersFunding, Shopify, Stripe, Walmart, Wise/TransferWise, and/or World First in the event that any new accounts controlled or operated by Defaulting Defendants are identified.  Upon receipt of this Order, Amazon, PayPal, eBay, Wish, DHGate, Payoneer, Ping Pong, Coinbase, LianLian, AllPay, Union Mobile, Alibaba, Aliexpress, Bank of China, Hyperwallet, JD.com, Joom, Lakala, OFX, Paxful, PayEco, SellersFunding, Shopify, Stripe, Walmart, Wise/TransferWise, and/or World First shall within two (2) business days:

        a.     Locate all accounts and funds connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts, or Defaulting Defendants' websites, including, but not limited to, any accounts; and

        b.     Restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets.

33.     Until Plaintiffs have recovered full payment of monies owed by any Defaulting Defendant — an amount to be determined following an inquest —

Plaintiffs shall have the ongoing authority to serve this Order on any banks, savings and loan associations, or other financial institutions (collectively, the "Financial Service Providers") in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified.  Upon receipt of this Order, the Financial Service Providers shall within two (2) business days:

      a.      Locate all accounts and funds connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts, or Defaulting Defendants' websites, including, but not limited to, any accounts; and

      b.      Restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets.

34.    In the event that Plaintiffs identify any additional online marketplace accounts, domain names, or financial accounts owned by Defaulting Defendants, Plaintiffs may send notice of any supplemental proceeding to Defaulting Defendants by email at the email addresses identified by Plaintiffs and any email addresses provided for Defaulting Defendants by third parties.

35.    This Court has issued a separate order referring the matter to United States Magistrate Judge Katharine H. Parker for an inquest concerning the damages attributable to Defaulting Defendants.

    SO ORDERED.

Dated:     December 22, 2022
            New York, New York

_____

KATHERINE POLK FAILLA
United States District Judge

14

**SECOND AMENDED SCHEDULE A**

| No. | Defendants | Defendants Online Marketplace(s) |
|---|---|---|
| 1. | Fuzhou Yibo Electronic Commerce Co., Ltd. | https://fzybdzsw.en.alibaba.com/minisiteentrance.html |
| 2. | Hainan Lanhai Shipping Co., Ltd. | https://lanhaishipping.en.alibaba.com/minisiteentrance.html |
| 3. | Hebei Dicun Trading Co., Ltd. | https://hbdicun.en.alibaba.com/minisiteentrance.html |
| 4. | Kunshan Yimeige Trading Co., Ltd. | https://ksymg.en.alibaba.com/minisiteentrance.html |
| 5. | Linhai Fantasy Lighting Co., Ltd. | https://fantasylighting.en.alibaba.com/minisiteentrance.html |
| 6. | Ningbo Best-Home Import And Export Co., Ltd. | https://besthome.en.alibaba.com/minisiteentrance.html |
| 7. | Shanghai Koln Supply Chain Co., Ltd. | https://sh-kls.en.alibaba.com/minisiteentrance.html |
| 8. | Shantou Capable Toys Co., Ltd. | https://mhtoys.en.alibaba.com/minisiteentrance.html |
| 9. | Shenzhen Aoyouji Technology Co., Ltd. | https://aoyouji.en.alibaba.com/minisiteentrance.html |
| 10. | Shenzhen Heyri Technology Co., Ltd. | https://heyripet.en.alibaba.com/minisiteentrance.html |
| 13. | Xiamen Hongxiang Trading Co., Ltd. | https://xmhxsm.en.alibaba.com/minisiteentrance.html |
| 14. | Yiwu Bingxuan Import & Export Co., Ltd. | https://bingxuan.en.alibaba.com/minisiteentrance.html |
| 15. | Yiwu Melinashine Import & Export Co., Ltd. | https://melinashine.en.alibaba.com/minisiteentrance.html |

| No. | Defendants | Defendants Online Marketplace(s) |
|---|---|---|
| 16. | Yiwu Qianshi Import And Export Co., Ltd. | https://ywqs666.en.alibaba.com/minisiteentrance.html |
| 17. | Yiwu Qifeng Import And Export Co., Ltd. | https://ywqifeng.en.alibaba.com/minisiteentrance.html |
| 18. | Yiwu Quanfa Import & Export Company Limited | https://ywquanfagroup.en.alibaba.com/minisiteentrance.html |
| 19. | Yiwu Qucheng Pet Supplies Co., Ltd. | https://qucheng-cn.en.alibaba.com/minisiteentrance.html |
| 20. | Yiwu Sutiaoqi Electronic Commerce Co., Ltd. | https://cn1526487824rrcv.en.alibaba.com/minisiteentrance.html |
| 21. | Yiwu Xunao Trading Co., Ltd. | https://xunao0823.en.alibaba.com/minisiteentrance.html |
| 22. | Zhejiang Yingye Technology Co., Ltd. | https://yykjchina.en.alibaba.com/minisiteentrance.html |
| 23. | Akida Store | https://www.aliexpress.com/store/912430013 |
| 24. | Ali6689 Store | https://www.aliexpress.com/store/912074200 |
| 25. | BDin Store | https://www.aliexpress.com/store/912187239 |
| 26. | Brad's Secret | https://www.aliexpress.com/store/1424159 |
| 27. | chenghaiyang001 Store | https://www.aliexpress.com/store/912673047 |
| 28. | Chetitay Official Store | https://www.aliexpress.com/store/1101721014 |
| 29. | CHIANGK Store | https://www.aliexpress.com/store/911509084 |
| 30. | CSFLY Store | https://www.aliexpress.com/store/912056009 |
| 31. | Daria Pets Store | https://www.aliexpress.com/store/1101804061 |
| 32. | DingStay Decor Store | https://www.aliexpress.com/store/912619568 |
| 33. | ESGOT Store | https://www.aliexpress.com/store/911523002 |
| 34. | Forest Furnishing and Living Supplies Store Store | https://www.aliexpress.com/store/912459083 |
| 36. | HasbroAnime Figures Toy Store | https://www.aliexpress.com/store/911240179 |
| 37. | HEMENG Store | https://www.aliexpress.com/store/911796265 |
| 38. | HeyZone Store | https://www.aliexpress.com/store/912662654 |

2

| No. | Defendants | Defendants Online Marketplace(s) |
|---|---|---|
| 39. | HGLEGYW partys Store | https://www.aliexpress.com/store/5877510 |
| 40. | JIARUIHD HOME Official Store | https://www.aliexpress.com/store/912338903 |
| 41. | jiongjiong pet Store | https://www.aliexpress.com/store/1102055478 |
| 42. | JUNPAN Toys official Store | https://www.aliexpress.com/store/1100129023 |
| | | |
| 44. | LEYIPET Store | https://www.aliexpress.com/store/5603419 |
| 45. | Nanqi Life Museum Store | https://www.aliexpress.com/store/4551004 |
| 46. | Neko Ori Store | https://www.aliexpress.com/store/1100299214 |
| 47. | NiyaPet Store | https://www.aliexpress.com/store/911820181 |
| 48. | NOJOY Creative Toy Store | https://www.aliexpress.com/store/1100220989 |
| 49. | OUR TOY Store | https://www.aliexpress.com/store/1101280243 |
| 50. | OutDooree K Store | https://www.aliexpress.com/store/4420112 |
| 51. | Pet supplies grocery store Store | https://www.aliexpress.com/store/1100088265 |
| 52. | Pets Acessories Store | https://www.aliexpress.com/store/912252031 |
| 53. | Pets Word Store | https://www.aliexpress.com/store/3240108 |
| 54. | Shop1100026065 Store | https://www.aliexpress.com/store/1101978331 |
| 55. | Shop1100088327 Store | https://www.aliexpress.com/store/1100088327 |
| 56. | Shop1100173083 Store | https://www.aliexpress.com/store/1100173083 |
| | | |
| 58. | TopSlime Store | https://www.aliexpress.com/store/1101420766 |
| 59. | Value Minute Store | https://www.aliexpress.com/store/5403033 |
| 60. | Vieruodis Lights Store | https://www.aliexpress.com/store/1100135184 |
| 61. | yemoption Official Store | https://www.aliexpress.com/store/900252307 |
| 62. | Yokibo Store | https://www.aliexpress.com/store/911737162 |
| | | |
| 64. | CANHONGSHANGWU | https://www.amazon.com/sp?seller=A2DEGPHMUTF6CD |
| 65. | cuikaihuadedian | https://www.amazon.com/sp?seller=A3VM9Z6GCABX4R |

| No. | Defendants | Defendants Online Marketplace(s) |
|---|---|---|
| 66. | dayushuhua | https://www.amazon.com/sp?seller=ANJPIJUVJNS6Z |
| 67. | DingSuQin333 | https://www.amazon.com/sp?seller=ASYRVEY0WKN58 |
| 68. | dusheguangde dian | https://www.amazon.com/sp?seller=A2DUAOS5UZ5DOO |
| 69. | Flying lizard department store | https://www.amazon.com/sp?seller=A3D1TZLOAUFO4S |
| 70. | gfagkfgk | https://www.amazon.com/sp?seller=A2T850CXHFH0N9 |
| 71. | keiawe | https://www.amazon.com/sp?seller=A30RKHDR5BXEGV |
| 72. | LeiYiXuanShangMao | https://www.amazon.com/sp?seller=A12MRQYU8EZ2OR |
| 73. | liangzhenzhensuya | https://www.amazon.com/sp?seller=A2YXXQ7G02JUGF |
| 74. | LingJun Lingjun Department Store | https://www.amazon.com/sp?seller=A34QNRTJU0J9NI |
| 75. | lovekiko | https://www.amazon.com/sp?seller=A1K95LHCMD3GPX |
| 76. | MaPinKa | https://www.amazon.com/sp?seller=A266GLJO6YASII |
| 77. | MAZ-guohuadamaicang | https://www.amazon.com/sp?seller=A21533B3JVWLIE |
| 78. | meilingwang1962 | https://www.amazon.com/sp?seller=A1P3XDYMFBVQMR |
| 79. | mountap | https://www.amazon.com/sp?seller=A3FLTK8NGY472W |
| 80. | Omansa | https://www.amazon.com/sp?seller=A2CZ1CVIIDABVY |
| 81. | Store Honey | https://www.amazon.com/sp?seller=A2XSY9ZUS3KPF1 |
| 82. | TENGDALIN | https://www.amazon.co.uk/sp?seller=A179UNJI34B1KM |
| 83. | tiexiqubohanbaihuo shanghang | https://www.amazon.com/sp?seller=A2N6JIYW313F1C |
| 84. | 海口昊级跨商贸有限公司 | https://www.amazon.com/sp?seller=A373N25POL2L4S |
| 85. | smokeclub | https://www.dhgate.com/store/about-us/21693875.html |
| 86. | youngstore10 | https://www.dhgate.com/store/about-us/21697484.html |
| 87. | znc_store | https://www.dhgate.com/store/about-us/21785103.html |
| 88. | abbabm.0doxsix | https://www.ebay.com/usr/abbabm.0doxsix |
| 89. | all.in.one.place | https://www.ebay.com/usr/all.in.one.place |
| 90. | allyouneedusa | https://www.ebay.com/usr/allyouneedusa |
| 92. | anuranishan17 | https://www.ebay.com/usr/anuranishan17 |
| 93. | bargaingiftatozatoz | https://www.ebay.com/usr/bargaingiftatozatoz |

| No. | Defendants | Defendants Online Marketplace(s) |
|---|---|---|
| 95. | best_4-u | https://www.ebay.com/usr/best_4-u |
| 96. | bluebells_5 | https://www.ebay.com/usr/bluebells_5 |
| 98. | brandonaio | https://www.ebay.com/usr/brandonaio |
| 99. | ceylon-master | https://www.ebay.com/usr/ceylon-master |
| 100. | colorreal | https://www.ebay.com/usr/colorreal |
| 101. | cpla9725 | https://www.ebay.com/usr/cpla9725 |
| 102. | danielbond247 | https://www.ebay.com/usr/danielbond247 |
| 103. | dojef-25 | https://www.ebay.com/usr/dojef-25 |
| 104. | ed-edrit-lacsdyw | https://www.ebay.com/usr/ed-edrit-lacsdyw |
| 105. | eha-logistics | https://www.ebay.com/usr/eha-logistics |
| 108. | fuyetoy7 | https://www.ebay.com/usr/fuyetoy7 |
| 109. | grayfoxtradings | https://www.ebay.com/usr/grayfoxtradings |
| 110. | grovesbest | https://www.ebay.com/usr/grovesbest |
| 111. | hot_sales765 | https://www.ebay.com/usr/hot_sales765 |
| 112. | ibrmusl21 | https://www.ebay.com/usr/ibrmusl21 |
| 113. | impreo-store | https://www.ebay.com/usr/impreo-store |
| 114. | induwar-95 | https://www.ebay.com/usr/induwar-95 |
| 115. | itay-shop-4u | https://www.ebay.com/usr/itay-shop-4u |
| 116. | jayaseen | https://www.ebay.com/usr/jayaseen |
| 117. | kenzyblaneshop | https://www.ebay.com/usr/kenzyblaneshop |
| 118. | laoak-98 | https://www.ebay.com/usr/laoak-98 |
| 120. | levi.009 | https://www.ebay.com/usr/levi.009 |
| 121. | lilinshopil | https://www.ebay.com/usr/lilinshopil |
| 122. | maayankatz_09 | https://www.ebay.com/usr/maayankatz_09 |
| 123. | metresproducts | https://www.ebay.com/usr/metresproducts |
| 125. | mike_hometrendsstore | https://www.ebay.com/usr/mike_hometrendsstore |
| 126. | mooshops-il | https://www.ebay.com/usr/mooshops-il |
| 127. | motty-half | https://www.ebay.com/usr/motty-half |
| 128. | mr-store_4 | https://www.ebay.com/usr/mr-store_4 |
| 130. | nature-ceylon-products | https://www.ebay.com/usr/nature-ceylon-products |
| 131. | noamstalkal | https://www.ebay.com/usr/noamstalkal |
| 132. | oat-8967 | https://www.ebay.com/usr/oat-8967 |

| No. | Defendants | Defendants Online Marketplace(s) |
|---|---|---|
| 133. | ofedanie-5 | https://www.ebay.com/usr/ofedanie-5 |
| 134. | orelmelech | https://www.ebay.com/usr/orelmelech |
| 135. | qiuhai08a | https://www.ebay.com/usr/qiuhai08a |
| 136. | raziii_outlet | https://www.ebay.com/usr/raziii_outlet |
| | | |
| 139. | sayar12 | https://www.ebay.com/usr/sayar12 |
| 140. | sed_online | https://www.ebay.com/usr/sed_online |
| 141. | sewwandi_25 | https://www.ebay.com/usr/sewwandi_25 |
| | | |
| 143. | sisiztore | https://www.ebay.com/usr/sisiztore |
| 144. | smiling-sid-ltd | https://www.ebay.com/usr/smiling-sid-ltd |
| 145. | smithselections | https://www.ebay.com/usr/smithselections |
| 146. | snap-buy | https://www.ebay.com/usr/snap-buy |
| 147. | st5147 | https://www.ebay.com/usr/st5147 |
| 148. | stockbuddiez | https://www.ebay.com/usr/stockbuddiez |
| 149. | stock-market-store | https://www.ebay.com/usr/stock-market-store |
| 150. | thilfern-68 | https://www.ebay.com/usr/thilfern-68 |
| 151. | wwshopping | https://www.ebay.com/usr/wwshopping |
| 152. | yair.levy | https://www.ebay.com/usr/yair.levy |
| | | |
| 158. | Blirik | https://www.walmart.com/reviews/seller/101175999 |
| 159. | Comdar | https://www.walmart.com/reviews/seller/101173377 |
| | | |
| 161. | Danjastic | https://www.walmart.com/reviews/seller/101135994 |
| 162. | Dolegur | https://www.walmart.com/reviews/seller/101109694 |
| 163. | Donewelo | https://www.walmart.com/reviews/seller/101136693 |
| 164. | Eastjing | https://www.walmart.com/reviews/seller/101130944 |
| | | |
| 166. | EOSWLADO | https://www.walmart.com/reviews/seller/101173133 |

| No. | Defendants | Defendants Online Marketplace(s) |
|---|---|---|
| 170. | Fortioo | https://www.walmart.com/reviews/seller/101106758 |
| | | |
| 173. | Gukom | https://www.walmart.com/reviews/seller/101176319 |
| 174. | Heopbird | https://www.walmart.com/reviews/seller/101172802 |
| | | |
| 181. | LANDAF_US | https://www.walmart.com/reviews/seller/101043409 |
| | | |
| 184. | Merzam | https://www.walmart.com/reviews/seller/101136588 |
| 185. | Miruku | https://www.walmart.com/reviews/seller/101176344 |
| 186. | Nafxzy | https://www.walmart.com/reviews/seller/101126933 |
| 187. | Nowsnde | https://www.walmart.com/reviews/seller/101174194 |
| 188. | Otolemur | https://www.walmart.com/seller/101173596 |
| 189. | Pakainn | https://www.walmart.com/reviews/seller/101131388 |
| 190. | Peantoia | https://www.walmart.com/reviews/seller/101115754 |
| | | |
| 192. | Quintina | https://www.walmart.com/reviews/seller/101133724 |
| 193. | Ranludas | https://www.walmart.com/reviews/seller/101126134 |
| 194. | shenzhenshijingyun shangmaoyouxiang ongsi | https://www.walmart.com/reviews/seller/101120513 |
| 195. | Smileol | https://www.walmart.com/reviews/seller/101113032 |
| 196. | Sunshine store Line | https://www.walmart.com/reviews/seller/101093376 |
| | | |
| 200. | Vadunsuz | https://www.walmart.com/reviews/seller/101131395 |
| | | |
| 205. | Winner to Buy | https://www.walmart.com/reviews/seller/101073453 |
| | | |

| No. | Defendants | Defendants Online Marketplace(s) |
|---|---|---|
| 208. | Xmastr | https://www.walmart.com/reviews/seller/101173591 |
| 209. | Yszodd | https://www.walmart.com/reviews/seller/101123894 |
| | | |
| 211. | YunDaPeng | https://www.walmart.com/reviews/seller/101043415 |
| 212. | A POMN | https://www.wish.com/merchant/5f0e7ba0679eb6ed4038e03a |
| 213. | A TTPG | https://www.wish.com/merchant/5f0ebc5525cf944842eadb3d |
| 214. | Ashley ay | https://www.wish.com/merchant/6152afebaf5fa3d98313b999 |
| 215. | BaiJie58flb | https://www.wish.com/merchant/5f66e64dd9e21e3f1ff36943 |
| 216. | BuBudu | https://www.wish.com/merchant/5ec37ebf80f8ee07eefacb9c |
| 217. | dongcaixia2069 | https://www.wish.com/merchant/5ec266f0a25bb4e65e57bd2e |
| 218. | E UOMM | https://www.wish.com/merchant/5f0ec1bb29e7866a0693e2e0 |
| 219. | M TUOP | https://www.wish.com/merchant/5f0eb2857ab3bc86b85df28b |
| | | |
| 221. | shicaifeng4153 | https://www.wish.com/merchant/5ec20ae28de17c31574d8fe0 |
| 222. | tanzheng Store | https://www.wish.com/merchant/5f83d4be2977ebcfe0cc5ac8 |
| 223. | W UUON | https://www.wish.com/merchant/5f0eb77065cec89e447a533c |
| 224. | wangchangbin1607 | https://www.wish.com/merchant/5ec36f8cbdf8615044537dc9 |
| 225. | wangmie Store | https://www.wish.com/merchant/5f799a2b996f23b81e50c474 |
| 226. | yanwenkai Store | https://www.wish.com/merchant/5f840bb14c90789dbaf714c1 |
| 227. | YZJMALL | https://www.wish.com/merchant/6083ef15a5910914004bac2e |
| 228. | zhanghai1660 | https://www.wish.com/merchant/5ea926101e0b9bcb9abcd4c7 |
| 229. | zhanglijuan1270 | https://www.wish.com/merchant/5ea8f24fab89f596c631eb34 |

| No. | Defendants | Defendants Online Marketplace(s) |
|---|---|---|
| 230. | zhangzihui8237 | https://www.wish.com/merchant/6190a24b50ec13d28926c689 |
| 231. | zhaojinlong4865 | https://www.wish.com/merchant/5ec3a98228d25c99fbef5553 |
| 232. | zhaoting hggff5 | https://www.wish.com/merchant/5e6af1d089881a3021538159 |
| 233. | zhongyi7393 | https://www.wish.com/merchant/5ea91b3529e78632406604de |