```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/14/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Zuru (Singapore) PTE, Ltd., and Zuru Inc.,          :
                                                    :
                    Plaintiffs,                     :   22-cv-5229 (KPF) (KHP)
                                                    :
                                                    :
         -against-                                  :   **ORDER RESCHEDULING**
                                                    :   **DAMAGES INQUEST HEARING**
                                                    :
The Individuals, Corporations, Limited Liability    :
Companies, Partnerships, and Unincorporated         :
Associations Identified on Schedule A,              :
                                                    :
                    Defendants.                     :
-------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Inquest Hearing in this matter scheduled for Thursday, May 4, 2023 at 11:00 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to **Tuesday, May 16, 2023 at 2:15 p.m.**

        **SO ORDERED.**

Dated: April 14, 2023
       New York, New York

                                                    _____
                                                    KATHARINE H. PARKER
                                                    United States Magistrate Judge