```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/17/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Zuru (Singapore) PTE, Ltd., and Zuru Inc.,           :
                                                      :
                Plaintiffs,           :      22-cv-5229 (KPF) (KHP)
                                                      :
                                                      :
        -against-                                  :      **ORDER**
                                                      :
The Individuals, Corporations, Limited Liability     :
Companies, Partnerships, and Unincorporated          :
Associations Identified on Schedule A,               :
                                                      :
                Defendants.          :
-----------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

As discussed in the May 16, 2023 inquest hearing, Plaintiff shall file a list of Defaulting Defendants who had communications with Plaintiff after service of the Complaint.

      **SO ORDERED.**

Dated: May 17, 2023
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge

1