UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZURU (SINGAPORE) PTE., LTD, ZURU INC. ,<br><br>                    Plaintiffs,<br><br>                         -v.-<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>                    Defendants. | 22 Civ. 5229 (KPF)<br><br>**OPINION AND ORDER** |

KATHERINE POLK FAILLA, District Judge:

    On December 22, 2022, this Court entered a default judgment order against those defendants in this matter who were not otherwise voluntarily dismissed by Plaintiffs.  (Dkt. #89).  In a separate order issued that same day, the Court referred the matter to Magistrate Judge Katharine H. Parker for an inquest as to damages.  (Dkt. #88).  Before the Court is the Report and Recommendation of Judge Parker dated May 30, 2023 (the "R&R").  (Dkt. #107).  No objections have been received.  The Court has reviewed the R&R for clear error and finds none.  *Schiff* v. *Yayi Int'l Inc.*, No. 15 Civ. 359 (VSB), 2020 WL 3893345, at *2 (S.D.N.Y. July 9, 2020) ("When neither party submits an objection to a report and recommendation, or any portion thereof, a district reviews the report and recommendation for clear error.").

    The Clerk of Court is directed to enter judgment against Defendants and in favor of Plaintiffs for the total amount of statutory damages of $9,000,000 (that is, $50,000 per Defendant), and post-judgment interest.  The Clerk of

Court is further directed to terminate all pending motions, adjourn all remaining deadlines, and close this case.

    SO ORDERED.

Dated:    July 12, 2023
            New York, New York

                                          KATHERINE POLK FAILLA
                                          United States District Judge