**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
ZURU (SINGAPORE) PTE., LTD, ZURU INC.,

                          Plaintiffs,

      -against-                                        22 **CIVIL** 05229(KPF)

                                                                **JUDGMENT**

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE A,

                          Defendant.
-------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated July 12, 2023, that no objections have been received. The Court has reviewed the R&R for clear error and finds none. Schiff v. Yayi Int'l Inc., No. 15 Civ. 359 (VSB), 2020 WL 3893345, at *2 (S.D.N.Y. July 9, 2020) ("When neither party submits an objection to a report and recommendation, or any portion thereof, a district reviews the report and recommendation for clear error."). The Clerk of Court is directed to enter judgment against Defendants and in favor of Plaintiffs for the total amount of statutory damages of $9,000,000 (that is, $50,000 per Defendant), and post-judgment interest. Accordingly, the case is closed.

**Dated:**  New York, New York

       July 13, 2023                                           **RUBY J. KRAJICK**

                                                                         Clerk of Court

                                          **BY:**

                                                                          **Deputy Clerk**